PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure.

ROBSON, J., not sitting.

PENFIELD, Respondent, v. LEWINE, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by William W. Penfield against Julius Lewine. No opinion. Order affirmed, with $10 costs and disbursements.

PENFIELD, Respondent, v. LEWINE, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by William W. Penfield against Julius Lewine. No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

PENFIELD, Respondent, v. LEWINE, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by William W. Penfield against Julius Lewine. No opinion. Appeal dismissed on argument, with $10 costs and disbursements. See, also, supra.

PEOPLE v. BEITSCHER. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York against David Beitscher. No opinion. Motion granted. Order filed.

PEOPLE v. BELLA. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Proceeding by the People of the State of New York against Joseph Bella. With this case has been consolidated in this court cases bearing titles as follows: People v. Nathan Greenberg; Same v. William Mullins; People ex rel. Martin Schubert v. Warden of Elmira Reformatory. No opinions. Motions granted. Orders filed.

PEOPLE v. BLEECKER ST. & F. F. R. CO. (Supreme Court, Appellate Division, First Department. January 6, 1911.) Proceeding by the People of the State of New York against the Bleecker Street & Fulton Ferry Railroad Company. No opinion. Motion granted, and questions certified, as stated in order. Order filed. For former opinion, see 140 App. Div. 611, 125 N. Y. Supp. 1045.

PEOPLE, Respondent, v. BRETTON, Appellant. (Supreme Court, Appellate Division, Second Department, January 13, 1911.) Proceeding by the People of the State of New York against Harry S. Bretton. No opinion. Motion denied, provided the appellant perfect his appeal, put the case on the calendar, and be ready for argument when reached at the next term of this court.

PEOPLE, Respondent, v. BURDICK, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Proceeding by the People of the State of New York against John W. Burdick.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

BETTS, J., not sitting.

PEOPLE, Respondent, v. COLLIER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Proceeding by the People of the State of New York against Alfred Collier, impleaded with John Carlson. No opinion. Motion granted. See also, 141 App. Div. 111, 125 N. Y. Supp. 725.

PEOPLE v. GANIS. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York against Jacob Ganis. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. GRIMALDI, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Proceeding by the People of the State of New York against Carmine Grimaldi. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. KELLS, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Proceeding by the People of the State of New York against John G. Kells.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed.

JENKS, P. J., and WOODWARD, J., dissent.

PEOPLE, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Proceeding by the People of the State of New York against Abraham Lewis.

PER CURIAM. Judgment of conviction of the County Court of Kings County affirmed on reargument.

JENKS, P. J., dissents.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of the State of New York against Belle Moore. No opinion. Motion granted, and case set down for January 3, 1911. See, also, 127 N. Y. Supp. 98.

PEOPLE, Respondent, v. MORMON, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Proceeding by the People of the State of New York against Harry Mormon. No opinion. Appeal dismissed, and certificate of reasonable doubt vacated.

PEOPLE v. SANTANELLO. (Supreme Court, Appellate Division, First Department.